UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-06687-SSC Date: November 17, 2026

Title Adolfo Perez Gonzalez v. Warden of Adelanto ICE Processing Center, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Requiring Response to Petitioner's Emergency Application for Temporary Restraining Order (ECF 8)**

On November 9, 2026, Petitioner Adolfo Perez Gonzalez filed a petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) Petitioner alleges that he was stopped by immigration officers on his way to work, and that the officers did not identify any traffic violation or criminal activity before stopping and detaining him. (*Id.* at 5.) Petitioner brings two claims: (1) a procedural due process claim challenging his detention without a bond hearing, and (2) a claim alleging that Petitioner is detained under the incorrect statutory framework and is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). (*Id.* at 7–12.)

On November 18, 2026, Petitioner filed an emergency application for a temporary restraining order (TRO). (ECF 8.) The application

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-06687-SSC Date: November 17, 2026

Title Adolfo Perez Gonzalez v. Warden of Adelanto ICE Processing Center, et al.

provides that Petitioner was served with a document from the Department of Homeland Security confirming that he will be immediately removed from the United States on November 18, 2026. (*Id.* at 2–3.) Petitioner moves the Court to enjoin Respondents from moving him out of this Court's jurisdiction. (*Id.* at 2, 11–12.)

Also on November 16, 2026, Respondents filed an answer to the petition. (ECF 9.) The answer makes no mention of Respondents' intent to remove Petitioner. Respondents are reminded of General Order 26-05, which applies to this case and requires that during the pendency of these proceedings, "Respondent[s] shall provide at least two court days' notice to the petitioner, petitioner's counsel, and the Court of its intent to remove the petitioner from the Central District of California." (ECF 5 at 2.)

Respondents are therefore ORDERED to file a response to the application for a TRO no later than **Tuesday**, **November 17, 2026, at 5:00 p.m.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**